1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  EUMI CHOI (WVSBN 0722)
   Acting Chief, Criminal Division

4  EDWARD TORPOCO (CSBN 200653)
   Assistant United States Attorney

5

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7071

7    FAX: (415) 436-7234

8  Attorneys for Plaintiff      UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          )    No.:  CR 05-00632 MHP
                                       )
13          Plaintiff,                 )    STIPULATION AND [~~PROPOSED~~]
                                       )    ORDER EXCLUDING TIME FROM
14          v.                         )    SPEEDY TRIAL CALCULATION
                                       )
15  QING ZHOU,                         )
                                       )
16          Defendant.                 )
                                       )
17                                     )
    _____)
18

19         With the agreement of the parties, the Court enters this Order excluding the time period

20  from October 31, 2005 through December 5, 2005 under the Speedy Trial Act, 18 U.S.C. § 3161.

21         The parties agree, and the Court finds and holds, as follows:

22         1.     On October 31, 2005, the parties appeared before the Court for a trial

23  setting in this matter.  The Court set a status hearing date of December 5, 2005 at 10:00 a.m. and,

24  with the stipulation of all parties, excluded the intervening time period from the Speedy Trial Act

25  calculation.  This written stipulation memorializes the Court's verbal order excluding said time

26  period.

27         2.     As ordered by the Court on October 31, 2005, an exclusion of the time period

28  from October 31, 2005, through December 5, 2005 is appropriate because of the Defendants'

1   need to obtain and review discovery from the government.  Some of this discovery was relevant

2   to an anticipated material witness deposition.  In total, the United States provided counsel with

3   approximately 500 pages of discovery in this case.  Given the need for additional time to review

4   discovery, the parties stipulated that the failure to grant the requested continuance would

5   unreasonably deny the Defendants effective preparation of counsel taking into account the

6   exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties further stipulate that

7   the ends of justice would be served by the Court excluding the proposed time period, and that

8   these ends outweighed the best interest of the public and the Defendants in a speedy trial.  See id.

9   § 3161(h)(8)(A), (B)(iv).

10          SO STIPULATED.

12   DATED:__December 11, 2005____              /S/ ED SWANSON_____

13                                             ED SWANSON
                                               Attorney for Defendant Qing Zhou

15   DATED:__December 5, 2005____               /S/ EDWARD TORPOCO_____

16                                             EDWARD TORPOCO
                                               Assistant United States Attorney

18          In light of the foregoing facts, and with the consent of the Defendant, the Court hereby

19   orders that the period from October 31, 2005, through December 5, 2005, shall be excluded from

20   the Speedy Trial Act calculation under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

21          PURSUANT TO STIPULATION, IT IS SO ORDERED.

23   DATED:____12/14/2005_____              _____

24                                           HON. MARILYN HALL PATEL
                                             United States District Judge

STIPULATION AND ORDER
CR 05-00632 MHP                              2