**FILED**

FEB 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　-vs.-<br><br>Qing Zhou<br>　　　　Defendant(s). | NO. CR-05-0632-MHP<br><br>**ORDER RE CUSTODY** |

TO THE UNITED STATES MARSHAL AND HIS DEPUTIES:

YOU ARE HEREBY ORDERED to:

1) Release the above-named defendant forthwith.

2) ~~Release the above-named defendant to ECI, (San Francisco) (Oakland) (forthwith) (on _____).~~

3) ~~Transfer the above-named defendant who is in your custody to the following facility _____ on or before _____.~~

4) ~~Arrange/provide the following:~~

~~_____~~
~~_____~~
~~_____~~

DATED: 2/22/06

_____
MARILYN HALL PATEL
United States District Judge
Northern District of California